

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2021

No. 04-21-00199-CV

**SOFOLI INVESTMENTS LLC**, Sonia Hernandez and Rhenso Hernandez,
Appellants

v.

**NURSE NEXT DOOR HOME HEALTHCARE SERVICES (USA), INC.**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI24021
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

On September 8, 2021, counsel to Appellants, Andrew B. Raber, Lauren B. Harris, and Stephanie Holcombe of Porter Hedges LLP, moved to withdraw as counsel to appellants, indicating appellants have agreed to this motion. Because the motion complies with Texas Rule of Appellate Procedure 6.5, the motion is **granted**. It is **further ordered** that Andrew B. Raber, Lauren B. Harris, and Stephanie Holcombe must comply with their Rule 6.5(c) obligations.

Appellants are advised that, in general, limited liability companies must be represented by a licensed attorney. *See Altech Controls Corp. v. Malone*, No. 14-17-00737-CV, 2019 WL 3562633, at *7 (Tex. App.—Houston [14th Dist.] Aug. 6, 2019, no pet.) (mem. op.). Therefore, if Appellant Sofoli Investments LLC wishes to file a reply brief or present oral argument (if the court requests oral argument), it will need to retain counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2021.



Michael A. Cruz,
Clerk of Court